**WALKER v. STATE.**
No. 14570.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

De Witt Bowmer and Byron Skelton, both of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft; punishment being assessed at a fine of $100.

The record is before this court without a statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.

**SHAW v. STATE.**
No. 14676.

Court of Criminal Appeals of Texas.
. Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully transporting intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for five years.

It has been made known to this court by the affidavit of the sheriff of Freestone county that the appellant, pending his appeal, escaped from the jail of said county, and has not voluntarily returned within ten days. Said escape ousts this court of jurisdiction of the appeal. See article 824, C. C. P.

The appeal is ordered dismissed.

**WALLS v. STATE.**
No. 14358.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Bartlett & Peterson, of Marlin, and G. O. Crisp, of Kaufman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

It has been made known to this court by the affidavit of the sheriff of Kaufman county that the appellant, pending his appeal, escaped from the jail of said county and did not voluntarily return within ten days. By reason of such escape, this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925.

The appeal is ordered dismissed.